# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 28, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160534(35)(36)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

LATAUSHA SIMMONS,
       Defendant-Appellant.

_____/

SC: 160534
COA: 349547
Macomb CC: 2018-000127-AR

On order of the Chief Justice, the motions of defendant-appellant to extend the time for filing her reply and to exceed the page limitation are GRANTED. The amended reply submitted on July 24, 2020, is accepted as timely filed.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 28, 2020

Clerk